DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DIPOMPEO CONSTRUCTION CORPORATION,**
Appellant/Cross Appellee,

v.

**THE SCHOOL BOARD OF BROWARD COUNTY** and
**SCHENKEL SHULTZ, INC.,**
Appellees/Cross Appellants.

No. 4D19-1338

[November 25, 2020]

Appeal and cross-appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joseph A. Murphy, III, Senior Judge; L.T. Case Nos. CACE10-0169181 and CACE10-031869.

David R. Elder and Kerry H. Lewis of Elder & Lewis, Miami, for appellant/cross appellee.

Lilliana M. Farinas-Sabogal and Edward C. Lohrer of Becker & Poliakoff, P.A., Miami, for appellee/cross appellant The School Board of Broward County.

PER CURIAM.

*Affirmed as to both the appeal and the cross-appeal.*

GERBER and KLINGENSMITH, JJ., and NUTT, JAMES, Associate Judge, concur.

*            *            *

***Not final until disposition of timely filed motion for rehearing.***